Núm. 8308.—LEÓN PARRA, apldo. v. COLÓN, aplte.—C. D. Ponce. Febrero 4, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

POR CUANTO, en este caso el apelado radicó una moción con fecha 14 de enero último solicitando la desestimación del recurso por frívolo;

POR CUANTO, en apoyo de dicha moción el apelado radicó la prueba documental, certificada por el secretario, así como también una transcripción de las declaraciones orales tomadas en el juicio, certificada por el taquígrafo de dicha corte, sin que dicha prueba o transcripción haya sido autenticada por el juez sentenciador, conforme requiere el artículo 299 del Código de Enjuiciamiento Civil;

Por cuanto, de entrar a considerar dicha prueba y estimar que la apelación es frívola, no podríamos dictar sentencia desestimando el recurso por no estar basada la misma en una transcripción de evidencia debidamente autenticada, conforme requiere la ley;

Por tanto, vistos los autos de este caso y el artículo 299 del·Código de Enjuiciamiento Civil, según ha sido enmendado por la Ley núm. 111 de 5 de mayo de 1939 (Leyes de ese año, pág. 575), y la jurisprudencia citada por el propio apelado establecida en el caso de *De Jesús* v. *Drug Co. of P. R., Inc.*, 45 D.P.R. 643, 645, se desestima la referida moción, sin perjuicio de considerarla de nuevo una vez que se radique una transcripción. de evidencia autenticada en legal forma.